# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **WINDER LEON BOSTIC and JENNIFER BOSTIC,** | * * * |
| **Plaintiff,** | * * |
| v. | * * |
| **FLEETWOOD HOMES OF GEORGIA, INC., WAYNE FRIER HOMES CENTER OF DOTHAN, LLC, et al.** | * * * * * |
| **Defendants.** | * |

CASE NO.:CV-06-00390-SRW

## **JOINT STIPULATION TO ARBITRATE**

COME NOW the plaintiffs and defendants, Fleetwood Homes of Georgia, Inc. and Wayne Frier Homes Center of Dothan, LLC, and submit this their Joint Stipulation to Arbitrate. In support of this stipulation, the parties state:

1. On or about March 28, 2006, the above-styled action was commenced against Defendants in the Circuit Court of Houston County, Alabama.

2. Thereafter, Fleetwood Homes of Georgia, Inc. removed this action to this Honorable Court.

3. Plaintiffs and each defendant agree that all claims of the plaintiffs are due to be submitted to binding arbitration and request this Honorable Court to enter an Order compelling this matter to binding arbitration.

4. Further, the parties agree to use Christopher J. Hughes, Esq., of Opelika, Alabama as arbitrator in this matter.

**WHEREFORE, PREMISES CONSIDERED,** the parties request this Honorable Court to stay this proceeding, order this case to binding arbitration using Christopher J. Hughes, Esq. as arbitrator, and place this matter on this Honorable Court's administrative docket.

DONE this the 3rd day of May , 2006.

/s/ Samuel L. Adams
SAMUEL L. ADAMS
Attorney for Plaintiffs

/s/ David C. Hilyer
WINSTON W. EDWARDS (137576)
DAVID C. HILYER (293823)
Attorneys for Defendants Fleetwood Homes of Georgia, Inc.

/s/ M. Andrew Donaldson
M. Andrew Donaldson
Attorney for Defendant Wayne Frier
Homes Center of Dothan, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing on counsel of record for the above named **plaintiff(s)** by placing same in the U.S. Mail postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the **United States District Court fo the Middle District of Alabama, Southern Division,** notice of the foregoing will thereby be made electronically on all counsel of record.

      Dated this __3rd__ day of __May__, 2006.


                                                 /s/ David C. Hilyer
                                                 Of Counsel