IN THE CIRCUIT COURT FOR HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| WINDER LEON BOSTIC and<br>JENNIFER BOSTIC,<br><br>    Plaintiff,<br><br>v.<br><br>FLEETWOOD HOMES OF<br>GEORGIA, INC., WAYNE FRIER<br>HOMES CENTER OF DOTHAN, LLC,<br>et al.<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    CASE NO.:CV-06-208A |

RECEIVED

2006 APR 28 P 12: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE TO STATE COURT OF REMOVAL
## OF ACTION TO FEDERAL COURT

To:  Ms. Judy Byrd
     Circuit Clerk, Houston Co. Circuit Court
     P.O. Drawer 6406
     Dothan, AL 36302-6406

Please take notice that the defendant, Fleetwood Homes of Georgia, Inc., has this date filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Middle District of Alabama, Southern Division.

DATED this the 28 day of April, 2006.

_____
WINSTON W. EDWARDS (137576)
DAVID C. HILYER (293823)
Attorneys for Defendant
Fleetwood Homes of Georgia, Inc.

EXHIBIT B

OF COUNSEL:

CRADDOCK RENEKER & DAVIS, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
(334) 215-3064       Telephone
(334) 215-7843       Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the __28__ day of __April__, 2006.

_____
OF COUNSEL

Samuel L. Adams, Esq.
P.O. Box 1690
Dothan, AL 36302

Andy Donaldson, Esq.
Slaten & O'Conner
105 Tallapoosa St.
Montgomery, AL 3610