IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 APR 28  P 12: 01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| WINDER LEON BOSTIC and <br> JENNIFER BOSTIC, <br><br> Plaintiff, <br><br> v. <br><br> FLEETWOOD HOMES OF <br> GEORGIA, INC., WAYNE FRIER <br> HOMES CENTER OF DOTHAN, LLC, <br> et al. <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

CASE NO.:CV_____

## CONSENT TO REMOVAL

COMES NOW the defendant, Wayne Frier Homes Center of Dothan, L.L.C., by and through its undersigned counsel, and without waiving its right or intent to compel binding arbitration, hereby consents to the removal of this action from the Circuit Court of Houston County, Alabama which said removal was effected by defendant Fleetwood Homes of Georgia, Inc. A copy of the Complaint and Summons is attached to Fleetwood Homes of Georgia, Inc.'s Notice of Removal and consists of all pleadings received to date by Wayne Frier Homes Center of Dothan, L.L.C..

*M. Andrew Donaldson* /KAB
M. Andrew Donaldson (DON024)
Attorneys for Defendant
Wayne Frier Homes Center of Dothan, L.L.C.

EXHIBIT
C

OF COUNSEL:

SLATEN & O'CONNER, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, AL  36104
(334) 396-8882          Telephone

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the 27th day of April, 2006.

*M. Andrew Donaldson /kab*
OF COUNSEL

Samuel L. Adams, Esq.
P.O. Box 1690
Dothan, AL 36302

Winston W. Edwards, Esq.
David C. Hilyer, Esq.
Craddock, Reneker & Davis, LLP
4142-C Carmichael Road
Montgomery, AL 36106