IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 APR 28  P 12: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| WINDER LEON BOSTIC and<br>JENNIFER BOSTIC,<br><br>Plaintiff,<br><br>v.<br><br>FLEETWOOD HOMES OF<br>GEORGIA, INC., WAYNE FRIER<br>HOMES CENTER OF DOTHAN, LLC,<br>et al.<br><br>Defendants. | CASE NO.:CV 1:06CV 390-SRW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to this Honorable Court's Order of January 14, 2000 to enable Judges and Magistrate Judges to avoid conflicts of interest, the undersigned counsel for defendant, Fleetwood Homes of Georgia, Inc., in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said parties that have issued shares to the public.

Fleetwood Enterprises, Inc.

DATED this the 28 day of April, 2006.

_____
WINSTON W. EDWARDS (137576)
DAVID C. HILYER (293823)
Attorneys for Defendant
Fleetwood Homes of Georgia, Inc.

OF COUNSEL:

CRADDOCK RENEKER & DAVIS, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
(334) 215-3064     Telephone
(334) 215-7843     Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the __28__ day of ____April____, 2006.

_____
OF COUNSEL

Samuel L. Adams, Esq.
P.O. Box 1690
Dothan, AL 36302

Andy Donaldson, Esq.
Slaten & O'Conner
105 Tallapoosa St.
Montgomery, AL 3610