IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WINDER LEON BOSTIC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv390-SRW |
| | ) | |
| FLEETWOOD HOMES OF GEORGIA, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the parties' joint stipulation to arbitrate, it is

ORDERED that the parties are directed to confer and to file, on or before May 23, 2006, a joint proposed order compelling arbitration in this matter.

Additionally, the undersigned Magistrate Judge cannot proceed in this matter without signed consent from all parties. Accordingly, it is further ORDERED that, if the parties wish to consent to Magistrate Judge jurisdiction, they may complete the attached form consenting to the Magistrate Judge jurisdiction and mail or deliver it to the Clerk on or before May 23, 2006.

DONE, this 9th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| _____, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | CIVIL ACTION NO. _____ |
| _____, | ) | |
| Defendant(s). | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____      _____
  Date                                           Signature

                                               _____
                                               Counsel For (**print** name of all parties)

                                               _____
                                               Address, City, State Zip Code

                                               _____
                                               Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**