IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| WINDER LEON BOSTIC and, <br> JENNIFER BOSTIC, <br>     Plaintiffs, <br><br> v. <br><br> FLEETWOOD HOMES OF GEORGIA, <br> INC., WAYNE FRIER HOME CENTER <br> OF DOTHAN, LLC, et al. <br>     Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.: 1:06CV390-SRW |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

May 10, 2006
Date

SAMUEL L. ADAMS, (ADA017)
Counsel for Plaintiffs,
Winder Leon Bostic and Jennifer Bostic
P. O. Box 1690
Dothan, AL 36301
(334) 792-0965
(334) 794-6889 (FAX)