IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 15 A 9: 19

Winda Leon Bostic, et al )
      Plaintiff(s), )
)
v. )  CIVIL ACTION NO. 1:06cv390-SRW
Fleetwood Homes of Georgia, Inc. )
    et al )
      Defendant(s). )

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_5-11-06_
Date

_Daniel C. Hedy_
Signature

_Fleetwood Homes of Georgia, Inc._
Counsel For (**print** name of all parties)

_4142-C Carmichael Rd, Montgomery AL 36106_
Address, City, State Zip Code

_334-215-3064_
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101

2