IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAY 15 P 2: 08

P. HACKETT
...
...DISTRICT...

| | | |
|---|---|---|
| WINDER LEON BOSTIC and<br>JENNIFER BOSTIC, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO. CV-06-00390-SRW |
| FLEETWOOD HOMES OF GEORGIA,<br>INC., WAYNE FRIER HOMES<br>CENTER OF DOTHAN, LLC, et al., | * * * * | |
| Defendants. | * | |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

Respectfully submitted this the 15th day of May, 2006.

M. Andrew Donaldson (DON024)
Attorney For Defendant,
Wayne Frier Homes Center of
Dothan, LLC

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
The Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882 – Phone
(334) 396-8880 – Fax