IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WINDER LEON BOSTIC and JENNIFER BOSTIC,  Plaintiff, | * * * * * |
| v. | *   CASE NO.:1:06CV390-SRW |
| FLEETWOOD HOMES OF GEORGIA, INC., WAYNE FRIER HOMES CENTER OF DOTHAN, LLC, et al.  Defendants. | * * * * * * |

## ORDER

This cause comes before the Court on the parties' Joint Stipulation to Arbitrate. After reviewing the Court file and the stipulation of counsel, the Court is of the opinion that the case should be ordered to binding arbitration.

It is therefore, ORDERED, ADJUDGED and DECREED that this case be, and the same hereby is ORDERED to binding arbitration, with Christopher J. Hughes, Esq. of Opelika, Alabama as the arbitrator.

It is further ORDERED that this action is STAYED pending arbitration pursuant to 9 U.S.C. § 3. The Clerk is DIRECTED to place this action on the administrative docket of the court. Any party may petition to have the case reinstated to the active docket.

It is further ORDERED that the parties are DIRECTED to file a written notice with the court within ten days after the arbitration has concluded.

DONE, this 7th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE