IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WINDER LEON BOSTIC and** <br> **JENNIFER BOSTIC,** <br><br> Plaintiff, <br><br> v. <br><br> **FLEETWOOD HOMES OF** <br> **GEORGIA, INC., WAYNE FRIER** <br> **HOMES CENTER OF DOTHAN, LLC,** <br> **et al.** <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   CASE NO.:CV-06-00390-SRW <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## JOINT STIPULATION OF DISMISSAL

COME NOW the plaintiffs and the defendant, Fleetwood Homes of Georgia, Inc., and announce that the two above mentioned parties have agreed upon a compromise settlement agreement and stipulate that the above action shall be dismissed, **with prejudice,** to all claims actually made, or which could have been made by said Plaintiffs against Defendant, Fleetwood Homes of Georgia, Inc., arising out of the facts and circumstances referred to in the pleadings herein, each party to bear their own costs.

DATED this the 11th day of September, 2006.


/s/ Samuel L. Adams
SAMUEL L. ADAMS
Attorney for Plaintiffs

/s/ David C. Hilyer
WINSTON W. EDWARDS (137576)
DAVID C. HILYER (293823)
Attorneys for Defendants Fleetwood Homes
of Georgia, Inc.