IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WINDER LEON BOSTIC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.1:06cv390-SRW |
| ) | |
| FLEETWOOD HOMES OF GEORGIA, INC., ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the joint stipulation of dismissal filed by the plaintiffs and defendant, Fleetwood Homes of Georgia, Inc., on September 11, 2006, it is the ORDER, JUDGMENT and DECREE of the court that plaintiff's claims against defendant Fleetwood Homes of Georgia, Inc. are DISMISSED with prejudice with each party to bear its own costs.

There being no just cause for delay, the Clerk is DIRECTED to enter final judgment as to plaintiff's claims against defendant Fleetwood Homes of Georgia, Inc.

DONE, this 14th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE