IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WINDER LEON BOSTIC and JENNIFER BOSTIC,<br><br>   Plaintiffs,<br><br>v.<br><br>FLEETWOOD HOMES OF GEORGIA, INC., WAYNE FRIER HOMES CENTER OF DOTHAN, LLC, et al.,<br><br>   Defendants. | CASE NO. CV-06-00390-SRW |

## JOINT STIPULATION FOR DISMISSAL

**COME NOW** the Plaintiffs, Winder Leon Bostic and Jennifer Bostic, and the Defendant, Wayne Frier Homes Center of Dothan, LLC, d/b/a Ironwood Homes of Dothan, and announce that the Plaintiffs and Wayne Frier Homes Center of Dothan, LLC, d/b/a Ironwood Homes of Dothan have agreed upon a compromise settlement agreement, and hereby stipulate that the above-styled action shall dismissed, **with prejudice**, as to all claims actually made, and which could have been made by said Plaintiffs against Wayne Frier Homes Center of Dothan, LLC, d/b/a Ironwood Homes of Dothan, arising out of the facts and circumstances referred to in the pleadings herein, with each party to bear their own costs and attorneys' fees.

| | |
|---|---|
| **/s/ Samuel L. Adams, Esq.**<br>SAMUEL L. ADAMS, ESQ.<br>Attorney for Plaintiffs<br>Post Office Box 1690<br>Dothan, AL 36302<br>(334) 792-0965 | **/s/ M. Andrew Donaldson, Esq.**<br>M. ANDREW DONALDSON, ESQ. (ASB-9007-O76M)<br>Attorney for Defendant, Wayne Frier Homes Center of Dothan, LLC<br>Slaten & O'Connor, P.C.<br>105 Tallapoosa Street, Suite 101<br>Montgomery, AL 36104<br>(334) 396-8882 |