IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINDER LEON BOSTIC et al.,            )
                                       )
            Plaintiffs,                )
                                       )
      v.                               )        CIVIL ACTION NO.1:06cv390-SRW
                                       )
WAYNE FRIER HOMES CENTER OF            )
DOTHAN, LLC, d/b/a IRONWOOD            )
HOMES OF DOTHAN,                       )
                                       )
            Defendants.                )

## ORDER

Pursuant to the joint stipulation for dismissal filed by the parties, Winder Leon Bostic

and Jennifer Bostic and Wayne Frier Homes Center of Dothan, LLC, d/b/a Ironwood Homes

of Dothan, on December 1, 2006, it is the ORDER, JUDGMENT and DECREE of the court

that this cause be and hereby is DISMISSED with prejudice with each party to bear their

own costs.

DONE, this 4th day of December, 2006.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE